IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RANDY REID,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:22cv556-MHT |
| ) | (WO) |
| **JAMES McKEE, Capt., and** ) | |
| **LEON FORNISS, Warden,** ) | |
| ) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that the defendants deliberately ignored, and interfered with the provision of ordered accommodations and treatment for, plaintiff's injuries, with the result that plaintiff was further injured and now suffers from chronic pain and disability. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute or obey an order of the court. There are no objections to

the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2022.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**